# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

161544

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANTONIO LIGGINS,
     Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 161544
COA: 353104
Oakland CC: 10-232104-FC

On order of the Court, the application for leave to appeal the May 20, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



Clerk

b0628